**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronaldo Adolfo MENDEZ–MARTINEZ,
a.k.a. Carlos Alberto Gutierrez, a.k.a.
Felipe Lopez, a.k.a. Phillip S. Lopez,
a.k.a. Ronald Adolfo Mendez–Mar-
tinez, Defendant–Appellant.**

**No. 10–10306.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2011.*

Filed July 18, 2011.

Randall M. Howe, Esquire, Assistant
U.S., USPX–Office Of The U.S. Attorney,
Phoenix, AZ, for Plaintiff–Appellee.

Alex D. Gonzalez, Esquire, Gonzalez &
Smith PC, Chandler, AZ, for Defendant–
Appellant.

Before: SCHROEDER, ALARCÓN,
and LEAVY, Circuit Judges.

MEMORANDUM **

Ronaldo Adolfo Mendez–Martinez ap-
peals from his guilty-plea conviction and
the 52–month sentence for illegal re-entry
after deportation, in violation of 8 U.S.C.
§ 1326. Pursuant to *Anders v. California,*
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), Mendez–Martinez's counsel has
filed a brief stating there are no grounds
for relief, along with a motion to withdraw
as counsel of record. We have provided
the appellant with the opportunity to file a
pro se supplemental brief. No pro se sup-
plemental brief or answering brief has
been filed.

In light of this court's recent decision in
*Reina–Rodriguez v. United States,* 645
F.3d 1129, 2011 WL 2465462 (9th Cir. June
22, 2011), we remand to the district court
so that, using judicially noticeable docu-
ments, the district court can apply a modi-
fied categorical approach in determining
whether Mendez–Martinez was necessarily
convicted of or pleaded guilty to a drug
trafficking offense with respect to his con-
viction under Ariz.Rev.Stat. § 13–3405.
*Shepard v. United States,* 544 U.S. 13, 16,
125 S.Ct. 1254, 161 L.Ed.2d 205 (2005);
*Taylor v. United States,* 495 U.S. 575, 602,
110 S.Ct. 2143, 109 L.Ed.2d 607 (1990).

The motion of Alex D. Gonzalez, 2300 W.
Ray Road, Suite 1, Chandler, AZ 85224, to
withdraw as counsel is **GRANTED.** The
district court is instructed to appoint new
counsel.

**VACATED** and **REMANDED.**

---

\* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.